**Electronically Filed
Supreme Court
SCWC-23-0000326
17-JUN-2026
10:04 AM
Dkt. 21 OGAC**

SCWC-23-0000326

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ALLAN J. ZACHARY,
Petitioner/Appellant-Appellant,

vs.

EMPLOYEES' RETIREMENT SYSTEM, STATE OF HAWAIʻI,
Respondent/Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000326; CASE NO. 3CCV-22-0000098)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Soong, assigned by reason of vacancy)

Petitioner/Appellant-Appellant Allan J. Zachary's application for writ of certiorari filed on April 23, 2026, is accepted.

It is further ordered, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, June 17, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Michael K. Soong

